

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK IMMIGRATION COALITION, et ano.,

        Plaintiffs,

  -against-

U.S. DEPARTMENT OF HOMELAND SECURITY, et ano.,

        Defendants.

19-CV-3438 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the telephonic conference held on April 23, 2020, it is hereby ORDERED that:

1. <u>Summary Judgment</u>. Defendants shall file their moving papers no later than **July 31, 2020**. Plaintiffs shall file their opposition to defendants' motion, and their cross-motion and supporting papers, no later than **August 31, 2020**. Defendants shall file their opposition to plaintiffs' cross-motion, and reply in support of their motion, no later than **September 21, 2020**. Plaintiffs shall file their reply in support of their motion no later than **October 12, 2020**. Summary judgment motion papers shall conform to the Court's Individual Practices.

2. <u>Telephonic Status Conference</u>. The Court will conduct a telephonic status conference on **June 15, 2020, 10:00 a.m.**, at which time the parties shall call in to the following teleconference: <u>call in number</u>: 888-557-8511; <u>access code</u>: 7746387. No later than **June 8, 2020**, the parties shall submit a joint letter, via ECF, updating the Court on their remaining disputes, as well as any settlement efforts.

Dated: New York, New York
      April 23, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**